SCOTT KEITH WILSON, Federal Public Defender (#7347)
WOJCIECH NITECKI, Assistant Federal Public Defender (#12187)
KRISTEN R. ANGELOS, Assistant Federal Public Defender (#8314)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

---

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACKSON STUART TAMOWSKI PATTON, <br><br> Defendant. | **MOTION FOR REVIEW OF MAGISTRATE'S ORDER OF DETENTION** <br><br><br> Case No. 2:20-mj-416-DBP |

Jackson Stuart Tamowski Patton, pursuant to 18 U.S.C. 3145(b) and Local Rule of Criminal Procedure 57-16, hereby appeals the order of detention entered by Magistrate Judge Dustin B. Pead on June 11, 2020, detaining Mr. Patton until his trial.

Pursuant to 18 U.S.C. § 3145(b), [i]f a person is ordered detained by a magistrate judge, the person may file with the court having original jurisdiction over the offense, a motion or revocation or amendment of the order. *18 U.S.C. § 3145(b).* A defendant's motion for review of a detention order "shall be determined promptly." *Id.* The standard of review over such detention orders is *de novo*. *See United States v. Kelsey*, 82 Fed. Appx. 652, 653 (10th Cir. 2003) (discussing the district court *de novo* redetermination of the issue of detention after magistrate

judge's denial of defendant's release on bail); *United States v. Gonzales*, 149 F.3d 1192 (Table), 1998 WL 321218, at *1 (10th Cir. 1998) (referring to the district court *de novo* review of a magistrate judge's detention order).

    With this in mind, Mr. Patton requests that this Court set this case for a hearing on his motion.

    DATED this 11th day of June, 2020.

                                          */s/ Wojciech Nitecki*
                                          WOJCIECH NITECKI
                                          Assistant Federal Public Defender

                                          */s/ Kristen R. Angelos*
                                          KRISTEN R. ANGELOS
                                          Assistant Federal Public Defender